**From:**
**To:** Mermelstein, Rebecca (USANYS); DiMase, Christopher (USANYS)
**Subject:** FW: Graham/Biale
**Date:** Friday, December 11, 2020 5:38:00 PM
**Attachments:** KC1VTEMC[1].pdf

FYI – Justine Harris emailed John McEnany to talk about the conflicts question for Noam more broadly than Teman.

**From:** Justine Harris <JHarris@shertremonte.com>
**Sent:** Tuesday, December 8, 2020 7:29 AM
**To:** McEnany, John (USANYS) (b)(6)
**Cc:** Bhatia, Kedar (USANYS)
**Subject:** Graham/Biale

Dear John,

I am a partner at Sher Tremonte LLP. As Kedar may have told you, the issue of AUSA Margaret Graham being married to my colleague Noam Biale was recently raised by Judge Engelmayer as an issue that required a Curcio hearing in the case of U.S. v. Ari Teman (transcript is attached). Given that Noam has appeared in many SDNY cases in the years prior, and will continue to do so going forward, it would be helpful for to have a short call (perhaps with our ethics counsel involved?) with you about our offices' respective procedures in this regard.

My cell phone is below. While I have a few calls on the calendar today, my schedule is fairly open. Thank you in advance.

Best,
Justine

Justine A. Harris
Sher Tremonte LLP

90 Broad St., 23rd floor
New York NY 10004
(212) 300-2
(917) 685-5
www.shertremonte.com

LITG-2022-000004_0011

**From:** DiMase, Christopher (USANYS)
**To:** Bhatia, Kedar (USANYS)
**Cc:** Mermelstein, Rebecca (USANYS)
**Subject:** FW: (b)(5)
**Date:** Wednesday, December 23, 2020 11:50:23 AM

See the question below from John.

**From:** McEnany, John (USANYS) (b)(6)
**Sent:** Wednesday, December 23, 2020 11:49 AM
**To:** DiMase, Christopher (USANYS) (b)(6) Birger, Laura (USANYS)
(b)(6) Shin, Won (USANYS) (b)(6)