# Message Details

« Back to Tracking Report



To: kedar.bhatia@usdoj.gov

Sent: Oct 06, 2025 (11 days ago)

Subject: **Waiver of Service Request - Teman v Biale - KB**

## Tracking Events

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 16, 2025  1 day ago |
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 07, 2025  11 days ago |
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 07, 2025  11 days ago |
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 07, 2025  11 days ago |
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 07, 2025  11 days ago |
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 06, 2025  11 days ago |
| Recipient opened | Washington, DC  149.101.1.117 | Mozilla | Oct 06, 2025  11 days ago |

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | CA<br><br>166.137.163.16 | Safari iPhone | Oct 06, 2025<br><br>11 days ago |