# Message Details



[« Back to Tracking Report]

To: Jacob.Gutwillig@usdoj.gov
Sent: Oct 06, 2025 (11 days ago)
Subject: **Waiver of Service Request - Teman v Biale - JG**

## Tracking Events

| Event | Location | Client/Device | When |
| --- | --- | --- | --- |
| Recipient opened | Brooklyn, NY<br>166.137.175.25 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | New York, NY<br>184.153.42.97 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | New York, NY<br>184.153.42.97 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | Brooklyn, NY<br>166.137.175.29 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | Brooklyn, NY<br>166.137.175.29 | Safari iPhone | Oct 06, 2025<br>11 days ago |