# Message Details


« Back to Tracking Report



To: margaret.graham@lw.com

Sent: Oct 06, 2025 (11 days ago)

Subject: **Waiver of Service Request - Teman v Biale - MG**

## Tracking Events

| Event | Location | Client/Device | When |
| --- | --- | --- | --- |
| Recipient opened | Washington, DC<br>149.101.1.114 | Mozilla | Oct 14, 2025<br>3 days ago |
| Recipient opened | New York, NY<br>47.230.214.137 | Safari iPhone | Oct 08, 2025<br>9 days ago |
| Recipient opened | New York, NY<br>47.230.214.137 | Safari iPhone | Oct 08, 2025<br>9 days ago |
| Recipient opened | Queens, NY<br>172.56.34.104 | Mozilla | Oct 08, 2025<br>9 days ago |
| Recipient opened | Brooklyn, NY<br>166.137.175.25 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | Brooklyn, NY<br>166.137.175.25 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | Brooklyn, NY<br>71.105.242.143 | Mozilla | Oct 06, 2025<br>11 days ago |