# Message Details





To: noambiale@gmail.com, NBiale@shertremonte.com

Sent: Oct 06, 2025 (11 days ago)

Subject: **Waiver of Service Request - Teman v Biale - NB**

## Tracking Events

| Event | Location | Client/Device | When |
|---|---|---|---|
| Recipient opened | Plainview, NY<br>167.206.178.162 | Mozilla | Oct 06, 2025<br>11 days ago |
| Recipient opened | Hicksville, NY<br>98.116.90.167 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | Hicksville, NY<br>98.116.90.167 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | Boydton, VA<br>135.232.20.102 | Chrome Windows | Oct 06, 2025<br>11 days ago |
| Recipient opened | New York, NY<br>206.171.36.8 | Safari iPhone | Oct 06, 2025<br>11 days ago |
| Recipient opened | New York, NY<br>206.171.36.8 | Safari iPhone | Oct 06, 2025<br>11 days ago |