AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ARI TEMAN )<br>*Plaintiff* )<br>v. )<br>NOAM BIALE, et al. )<br>*Defendant* ) | Case No. 25 Civ. 5454 (MKV) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Margaret Graham, Jacob Gutwillig, Kedar Bhatia, Edward Imperatore, and Paul A. Engelmayer.

Date: 12/03/2025

/s/ Rachel Kroll
*Attorney's signature*

Rachel Kroll
*Printed name and bar number*

86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

rachel.kroll@usdoj.gov
*E-mail address*

(212) 637-2765
*Telephone number*

*FAX number*