```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/3/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARI TEMAN,

                          Plaintiff,

                -against-

NOAM BIALE et al.,

                          Defendants.

25-cv-5454 (MKV)

ORDER DENYING RECONSIDERATION

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff Ari Teman, proceeding *pro se*, initiated this civil action by filing a complaint against the judge who presided over his criminal prosecution in *United States v. Teman*, Case No. 19-cr-696, Teman's former defense counsel in that case, and current and former prosecutors whom Teman alleges had some role in his criminal prosecution. *See* Compl. ¶¶ 8–17. In an Order dated October 21, 2025, the Court found that Teman is a fugitive from justice in the criminal case from which his claims in this civil action allegedly arise [ECF No. 20 ("Stay Order") at 1, 2]. In making its own finding, the Court cited the judicial finding that Teman is a fugitive in his criminal case. Stay Order at 1 (citing 19-cr-696 (PAE), ECF Nos. 567, 569, 575, 578). The Court further found that it is appropriate to stay this civil action pursuant to the fugitive disentitlement doctrine while Teman remains a fugitive. *See* Stay Order at 1, 2.

      Teman thereafter filed a motion for reconsideration of the Court's Stay Order on various grounds [ECF Nos. 21 ("Mot."), 22]. The motion for reconsideration is DENIED. As Teman obliquely acknowledges, he filed an appeal in his criminal case, and the Second Circuit held: "We conclude that Teman is a fugitive." *United States v. Teman*, No. 24-345-cr, Dkt. 77 at 2; *see* Mot. at 3. The Second Circuit further held that dismissal of his appeal with prejudice was warranted pursuant to the fugitive disentitlement doctrine. *Id*. As noted above, this civil action arises out of

1

the same criminal case. As such, as the Court explained in its Stay Order, Teman "has no right to call upon the court to adjudicate his claim[s]" in this civil action while he remains a fugitive from justice in the criminal case. Stay Order at 1–2 (quoting *United States v. Zedner*, 555 F.3d 68, 76 (2d Cir. 2008)). Reconsideration of the Court's Stay Order is not warranted.

**SO ORDERED.**

Date: December 3, 2025  
      New York, NY

**MARY KAY VYSKOCIL**  
**United States District Judge**