AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Teman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25 Civ. 5454 (MKV) |
| Biale et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Paul Engelmayer, Margaret Graham, Jacob Gutwillig, Kedar Bhatia, Edward Imperatore, U.S. Dept. of Justice, USAO-SDNY    .

Date:    04/01/2026

/s/ Kathleen M. Lewis
*Attorney's signature*

Kathleen M. Lewis
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

kathleen.lewis@usdoj.gov
*E-mail address*

(212) 637-2728
*Telephone number*

(212) 637-2750
*FAX number*