

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 2, 2026

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:    *Teman v. Biale, et al.*, 25 Civ. 5454 (MKV)

Dear Judge Vyskocil:

This Office represents defendants Margaret Graham, Jacob Gutwillig, Kedar Bhatia, Edward Imperatore (all current or former Assistant U.S. Attorneys for the Southern District of New York), and the Hon. Paul A. Engelmayer (collectively, the "Individual Defendants"), as well as the United States Attorney's Office for the Southern District of New York and the U.S. Department of Justice (together with the Individual Defendants, the "Government Defendants") in this action brought by *pro se* plaintiff Ari Teman.  I write respectfully pursuant to Local Rule 1.4 to seek leave to withdraw as counsel for the Government Defendants in the above-referenced matter.

The reason for this request is that my representation of Judge Engelmayer in this action conflicts with my appearance in another case that was recently assigned to Judge Engelmayer. The Government Defendants will continue to be represented by this Office and Assistant U.S. Attorney Kathleen Lewis has filed a notice of appearance in this matter. Dkt. No. 28. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter, which has been stayed pursuant to the fugitive disentitlement doctrine. *See* Dkt. Nos. 20, 25. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

I thank the Court for its consideration of this request.

Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Rachel Kroll*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2765
E-mail: rachel.kroll@usdoj.gov
*Attorney for Defendant United States of America*

cc: *Pro se* Plaintiff Ari Teman (via e-mail)
     ari@teman.com